Order entered January 29, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01765-CV

## IN THE INTEREST OF J.T.A., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-54435-2011**

## ORDER

Before the Court is court reporter Sheri J. Vecera's request for a 120-day extension of time to file the record. She explains the 120-day extension is necessary because she just received payment of the deposit she requested and the record will consist of eight hearings, a seven-day jury trial, and approximately 3,500 pages of exhibits. We note this is an ordinary appeal and the record was originally due January 24, 2014. *See* TEX. R. APP. P. 35.1(a). Pursuant to Texas Rule of Appellate Procedure 35.3 (c), an extension to file the record in an ordinary appeal must not exceed thirty days. *Id.* 35.3(c). Accordingly, we **GRANT** the request to the extent we **ORDER** the record be filed no later than February 28, 2014.

/Ada Brown/
ADA BROWN
JUSTICE